| HARRY V. OSBORNE, II<br>NJ, NY AND DC BAR | **EVANS, OSBORNE & KREIZMAN, LLC**<br>COUNSELORS AT LAW<br>802 WEST PARK AVENUE, SUITE 222<br>OCEAN, NEW JERSEY 07712 | JOEL N. KREIZMAN<br>E-MAIL: jkreizman@evlaw.com<br>TELEPHONE EXTENSION 332 |
|---|---|---|
| JOEL N. KREIZMAN<br>NJ AND NY BAR | | |
| JAMES F. McDONOUGH, JR.<br>NJ AND NY BAR | (732) 695-8100 | MAILING ADDRESS:<br>P.O. BOX 520<br>OAKHURST, N.J. 07755 |
| HARRY S. EVANS<br>RETIRED 2007 | FAX NO. (732) 695-8108<br>WEBSITE: www.evlaw.com | |

October 24, 2008

OUR FILE NO. 4354-2

Honorable Peter G. Sheridan, U.S.D.J.
M.L. King, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, NJ 07102

Re: Kostelnik, et al v. Sproviero, et al
   Civil Case No. 2:07 cv 4375
   Settlement Conference Date: 10/30/08

Dear Judge Sheridan:

This office represents plaintiffs Dr. Anthony Lucatorto and Morris-Sussex Family Practice in the captioned matter. We have received notice that the matter is scheduled for a settlement conference before Your Honor on Thursday, October 30, 2008. Please be advised that I will be on vacation all next week and will not return until Friday, October 31, 2008. I respectfully request, therefore, that the settlement conference be rescheduled. I also request that the matter not be listed for a Tuesday inasmuch as I am a Municipal Court Judge and sit on the bench in Ocean Township on Tuesdays. In addition, the plaintiffs in this matter are physicians and need advance notice so they can block out time from appointments with their patients.

Thank you for your consideration of this request.

Respectfully yours,

JOEL N. KREIZMAN

[Handwritten annotation: So Ordered / conference rescheduled until Nov 7, 2008 at 1:30 / Peter G Sheridan 10/27/08]

JNK:dmh
cc: Leonardo M. Tamburello, Esq.
    Arthur Burgess, Esq.
Forwarded Electronically