# KALISON, MCBRIDE, JACKSON & MURPHY, P.C.
### COUNSELLORS AT LAW

25 INDEPENDENCE BOULEVARD
P.O. BOX 4990
WARREN, NJ 07059
(908) 647-4600
FAX: (908) 647-6226

THE HELMSLEY BUILDING
230 PARK AVENUE
10TH FLOOR
NEW YORK, NY 10169
(212) 309-8726
FAX: (212) 808-3020

150 MOTOR PARKWAY
SUITE 401
HAUPPAUGE, NY 11788
(631) 439-6874
FAX: (631) 439-6801

Michael Kalison*
Andrew F. McBride III+
Paul R. Murphy+
John Zen JacksonΔ♦
James V. Hetzel*
James A. Robertson°
Daniel R. Esposito°♦
Barry D. Liss°
Richard A. Wright+
David C. Scalera*
Robert B. Hille+♦

Leonardo M. Tamburello*
Jonathan J. Walzman+
Rebecca M. Szelc+

*Of Counsel:*
Wendy C. Tomey°

*Special Counsel:*
Ann Marie Vaurio*

Admitted in:
* NJ
+ NJ & NY
° NJ & PA
Δ NJ, NY & DC

♦ Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

*Website: www.kmjmlaw.com*

November 4, 2008

**DOCUMENT ELECTRONICALLY FILED**
Honorable Peter G. Sheridan, U.S.D.J.
Dr. Martin Luther King, Jr., Federal Courthouse and Post Office
50 Walnut Street
Newark, NJ 07102

    Re:    *Kostelnik v. Sproviero, et al.*
            Civil Case No. 2:07-CV-4375

Dear Judge Sheridan:

With respect to the Settlement Conference scheduled for Friday, November 14, 2008 at 11:00 am, please be advised that I have a scheduled videotaped deposition in Princeton, NJ which will require me to be released from the settlement conference no later than 12:30 pm.

In addition, unless I am advised to the contrary, I will assume the having a representative available by phone will be acceptable to the Court. Please let me know if other arrangements are required.

Very truly yours,

Leonardo M. Tamburello

[Handwritten note: So Ordered. The status conference is moved-up to 10:30 a.m. The adjuster must attend. Peter Sheridan 11/5/08]

cc: Joel N. Kreizman, Esq. (via ECF)
    Arthur W. Burgess (via ECF)
    Robert B. Hille, Esq.