# KALISON, MCBRIDE, JACKSON & MURPHY, P.C.
### COUNSELLORS AT LAW

25 INDEPENDENCE BOULEVARD
P.O. BOX 4990
WARREN, NJ 07059
(908) 647-4600
FAX: (908) 647-6226

THE HELMSLEY BUILDING
230 PARK AVENUE
10TH FLOOR
NEW YORK, NY 10169
(212) 309-8726
FAX: (212) 808-3020

150 MOTOR PARKWAY
SUITE 401
HAUPPAUGE, NY 11788
(631) 439-6874
FAX: (631) 439-6801

Michael Kalison*
Andrew F. McBride III+
Paul R. Murphy+
John Zen Jackson∆♦
James V. Hetzel*
James A. Robertson°
Daniel R. Esposito°♦
Barry D. Liss°✧
Richard A. Wright+
David C. Scalera*
Robert B. Hille+♦

Leonardo M. Tamburello*
Jonathan J. Walzman+
Rebecca M. Szelc+
Nupa H. Patel*
John W. Kaveney*
Paul L. Croce*

*Of Counsel:*
Wendy C. Tomey°

*Special Counsel:*
Ann Marie Vaurio*

Admitted in:
* NJ
+ NJ & NY
° NJ & PA
∆ NJ, NY & DC
✧ WI

♦ Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

*Website: www.kmjmlaw.com*

November 17, 2008

**DOCUMENT ELECTRONICALLY FILED**
Honorable Peter G. Sheridan, U.S.D.J.
Dr. Martin Luther King, Jr., Federal Courthouse and Post Office
50 Walnut Street
Newark, NJ 07102

Re:  *Kostelnik v. Sproviero, et al.*
Civil Case No. 2:07-CV-4375

SO ORDERED: [signature]
DATED: 11/18/08

Dear Judge Sheridan:

There is a settlement conference scheduled for next Monday, November 24, 2008 which the court has directed clients to attend. My client, Mr. Sproviero, sits as an No-Fault auto personal injury protection arbitrator for the National Arbitration Forum. He currently has seven (7) arbitrations scheduled for that date. Out of consideration of the litigants who will be affected if our client is forced to reschedule these hearings, we request permission to have him available by telephone.

Mr. Kreizman on behalf of Dr. Lucartoto has consented to this request. Mr. Burgess on behalf of Dr. Kostelnik has not consented but also does not oppose this request.

Very truly yours,

Leonardo M. Tamburello

cc: Joel N. Kreizman, Esq. (via ECF)
Arthur W. Burgess (via ECF)
Robert B. Hille, Esq.
Scott G. Sproviero, Esq.